RICHARD MALAGIERE (RM-3991)
THE LAW OFFICES OF RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
250 Moonachie Road, Suite 102
Moonachie, New Jersey 07074
(201) 440-0675
co-counsel Attorneys for Plaintiff, Michael Cioffi

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

<table>
<tr>
<td>

MICHAEL CIOFFI,

                      Plaintiff,

v.

BOROUGH OF ENGLEWOOD CLIFFS, MARIO M. KRANJAC *(In his Official and Individual Capacities)*, CARROL MCMORROW *(In her Official and Individual Capacities)*, NUNZIO CONSALVO *(In his Official and Individual Capacities)*, MARK PARK *(In his Official and Individual Capacities),*

                    Defendants.

</td>
<td>

Civil Action No. 2:16-cv-04536-WJM-MF

### <u>NOTICE OF APPEARANCE</u>

</td>
</tr>
</table>

TO:    Clerk of the Court and all parties of record

       I am admitted or otherwise authorized to practice in this Court, and I appear in this case as co-counsel for Plaintiff Michael Cioffi.

THE LAW OFFICES OF RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
Co-Counsel Attorneys for Plaintiff, Michael Cioffi.

By: /s/ Richard Malagiere
Richard Malagiere

Dated:  July 19, 2017