

# METHFESSEL & WERBEL
*A Professional Corporation*

JOEL N. WERBEL>
JOHN METHFESSEL, JR.>
FREDRIC PAUL GALLIN*+^
STEPHEN R. KATZMAN#
WILLIAM S. BLOOM>*
ERIC L. HARRISON*+
MATTHEW A. WERBEL>
MARC DEMBLING*+
LORI BROWN STERNBACK*+
I. BLAKELEY JOHNSTONE,III+*
GINA M. STANZIALE>

Of Counsel
JOHN METHFESSEL, SR.>
(1964-1995)
DONALD L. CROWLEY*+
ED THORNTON*>

Counsel
PAUL J. ENDLER JR.>
GERALD KAPLAN>
JARED P. KINGSLEY*+
JOHN R. KNODEL*+
LESLIE A. KOCH+
CHARLES T. MCCOOK, JR.*>
MARC G. MUCCIOLO>
RICHARD A. NELKE~
STEVEN K. PARNESS+
BRENT R. POHLMAN+
AMANDA J. SAWYER^

Associates
ACHILLE ALIPOUR+
CHRISTIAN R. BAILLIE+
SARAH K. DELAHANT+
EDWARD D. DEMBLING>
JASON D. DOMINGUEZ+
MICHAEL R. EATROFF>
JAMES FOXEN^
JENNIFER M. HERRMANN^=
FRANK J. KEENAN+^

Associates, Cont'd
ALLISON M. KOENKE>
ALICIA C. LANGONE+
VIVIAN LEKKAS+
OLIVIA R. LICATA>
JAMES V. MAZEWSKI+
DIAA J. MUSLEH+
RAINA M. PITTS^
MATTHEW L. RACHMIEL>
WILLIAM J. RADA+
NABILA SAEED^
JARED S. SCHURE>
BORIS SHAPIRO>
STEVEN A. UNTERBURGER+
LEVI E. UPDYKE+^

\* Certified by the Supreme Court of
    New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
>Member of NJ Bar only
    Member of PA Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC Bar
>Member of NJ, PA & DC Bar
~Member of NY, NJ & DC Bar
=Member of FL Bar

**Please reply to New Jersey**

January 10, 2018

VIA E-FILING
Honorable Mark Falk, U.S.M.J.
United States District Court
District of New Jersey Newark
U.S. P.O. & Courthouse, Room 457
1 Federal Sq.
Newark, NJ 07102

RE: **CIOFFI, MICHAEL VS. BOROUGH OF ENGLEWOOD CLIFFS, ET AL.**
Our File No.     : 85341 ELH
Docket No.       : 2:16-CV-04536-WJM-MF

Dear Judge Falk:

As Your Honor is aware, on or about October 20, 2017, we were retained to represent Defendant Council President Carrol McMorrow in this matter. On December 5, 2017, a joint letter was submitted by all Defendants consenting to Plaintiff's filing of the Second Amended Complaint as long as Defendants had opportunity to file a Motion to Dismiss the pleadings pursuant to F.R.C.P. 12(b)(6). (Docket Entry #30). On January 9, 2018, the Court entered the Consent Order executed by the parties which permits Plaintiff to file his Second Amended Complaint on or before January 16, 2018, and permits Defendants to file an Answer, or to otherwise move, no later than 30 days from the filing date of the Second Amended Complaint. (Docket Entry #38).

In reviewing Plaintiff's Second Amended Complaint, it has become sufficiently clear that Plaintiff's claims against Defendant McMorrow fail to state a claim upon which relief can be granted. The Second Amended Complaint is replete with bald assertions and makes absolutely no specific factual allegations against Ms. McMorrow which would entitle Plaintiff to relief. F.R.C.P. 8(a)(2). While some of Plaintiff's claims may be appropriate for proceeding through discovery as to the Borough and Council as an entity, the pleadings are insufficient as to Ms. McMorrow individually.

As such, in addition to the F.R.C.P. 12(b)(6) motion on the newly added claims, Defendant McMorrow respectfully requests that she be permitted to also file a Motion for Judgment on the Pleadings pursuant to F.R.C.P. 12(c) as to all claims that were previously plead against her in Plaintiff's First Amended Complaint.

---

2025 Lincoln Highway • Suite 200 • P.O. Box 3012 • Edison, NJ 08818 • (732) 248-4200 • FAX (732) 248-2355
450 Seventh Avenue • Suite 1400 • New York, NY 10123 • (212) 947-1999 • FAX (212) 947-3332
1500 Market Street • 12th Floor, East Tower • Philadelphia, PA 19102 • (215) 665-5622 • FAX (215) 665-5623
www.njinslaw.com

Methfessel & Werbel, Esqs.
Our File No. 85341 ELH
Page 2

Permitting Defendant McMorrow to do so would not cause any undue delay since the Defendants were already filing a Motion to Dismiss pursuant to F.R.C.P. 12(b)(6) on the newly added claims. As a matter of fundamental fairness, Defendant McMorrow should not be forced to endure the stress and costs of litigation when the pleading against her is on its face deficient. Therefore, we respectfully request that Defendant McMorrow be permitted to file a Motion for Judgment on the Pleadings in addition to the Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted on the newly added claims.

We appreciate the Court's consideration.

                Respectfully submitted,

                **METHFESSEL & WERBEL, ESQS.**

                Eric L. Harrison
                harrison@methwerb.com
                Ext. 138

ELH:as/sp

Methfessel & Werbel, Esqs.
Our File No. 85341 ELH
Page 3

    cc:   VIA E-FILING TO ALL
Richard Malagierie, Esq.
Law Offices of Richard Malagierie
14 Bergen Street
Hackensack, NJ 07601

Robert L. Galantucci, Esq.
Galantucci, Patuto, Devencentes, Potter & Doyle, LLC
55 State Street
Hackensack, NJ 07601

Domenick Carmagnola, Esq.
Carmagnola & Ritardi, LLC
60 Washington Street
Morristown, NJ 07060

Joseph Tripodi, Esq.
Kranjac, Tripodi, & Partners LLP
473 Sylvan Avenue
Englewood Cliffs, NJ 07632