# KRANJAC TRIPODI & PARTNERS LLP

**ATTORNEYS AT LAW**

JOSEPH TRIPODI
PARTNER
(646) 205-2955
JTRIPODI@KTPLLP.COM

February 13, 2018

<u>Via ECF</u>
Honorable Mark Falk, USMJ
Lautenberg Post Office & Courthouse
1 Federal Square, Rm 457
Newark, NJ 07102

    Re:    <u>**Cioffi v. Borough of Englewood Cliffs, et al.**</u>
              **Civil Action No. 2:16-cv-4536-WJM-MF**

Dear Judge Falk:

      This firm represents Defendant Mario Kranjac in the above-referenced matter. We join in the request submitted today by co-Defendants Borough of Englewood Cliffs, Nunzio Consalvo and Mark Park for leave to file a motion for judgment on the pleadings as to Counts III and VI of the First Amended Complaint which are repeated in the Second Amended Complaint.

      We thank the Court for its consideration.

                              Respectfully,

                              *Joseph Tripodi*

                              Joseph Tripodi

cc:    All Counsel (via ECF)