

# METHFESSEL & WERBEL
### A Professional Corporation

JOEL N. WERBEL>
JOHN METHFESSEL, JR.>
FREDRIC PAUL GALLIN*+^
STEPHEN R. KATZMAN#
WILLIAM S. BLOOM>*
ERIC L. HARRISON*+
MATTHEW A. WERBEL>
MARC DEMBLING*+
LORI BROWN STERNBACK*+
I. BLAKELEY JOHNSTONE,III+*
GINA M. STANZIALE>

Of Counsel
JOHN METHFESSEL, SR.>
(1964-1995)
DONALD L. CROWLEY*+
ED THORNTON*>

Counsel
JOSEPH D. CASTELLUCCI, JR.>
PAUL J. ENDLER JR.>
GERALD KAPLAN>
JARED P. KINGSLEY*+
JOHN R. KNODEL*+
LESLIE A. KOCH+
CHARLES T. MCCOOK, JR.*>
RICHARD A. NELKE~
STEVEN K. PARNESS+
BRENT R. POHLMAN+
AMANDA J. SAWYER^

Associates
ACHILLE ALIPOUR+
CHRISTIAN R. BAILLIE+
SARAH K. DELAHANT+
EDWARD D. DEMBLING>
JASON D. DOMINGUEZ+
MICHAEL R. EATROFF>
JAMES FOXEN^
JENNIFER M. HERRMANN^=
FRANK J. KEENAN+^

Associates, Cont'd
ALLISON M. KOENKE>
ALICIA C. LANGONE+
VIVIAN LEKKAS+
OLIVIA R. LICATA>
JAMES V. MAZEWSKI+
DIAA J. MUSLEH+
RAINA M. PITTS^
MATTHEW L. RACHMIEL>
WILLIAM J. RADA+
NABILA SAEED^
JARED S. SCHURE>
BORIS SHAPIRO>
STEVEN A. UNTERBURGER+
LEVI E. UPDYKE+^

* Certified by the Supreme Court of
  New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
>Member of NJ Bar only
  Member of PA Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC Bar
≥Member of NJ, PA & DC Bar
~Member of NY, NJ & DC Bar
=Member of FL Bar

**Please reply to New Jersey**

February 15, 2018

VIA ECOURTS FILING AND LAWYERS SERVICE
Hon. William J. Martini, U.S.D.J.
United States District Court - Newark
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street, Courtroom MLK 4C
Newark, NJ 07101

RE:    **CIOFFI, MICHAEL V. BOROUGH OF ENGLEWOOD CLIFFS, et al.**
       Our File No.        :  85341 ELH
       Docket No.          :  2:16-CV-04536-WJM-MF

Dear Judge Martini:

We represent Defendant Carrol McMorrow in this matter. On Friday, February 9, 2018, we filed a Motion to Dismiss Plaintiff's Second Amended Complaint against Carrol McMorrow pursuant to F.R.C.P. 12(b)(6) and 12(c). On February 13, 2018, the Borough of Englewood Cliffs and Defendants Nunzio Consalvo and Mark Park filed a Motion to Dismiss pursuant to F.R.C.P 12(b)(6).

Defendant Carrol McMorrow joins in the arguments made by these Co-defendants related to legislative immunity at Point 3A of their brief. (ECF No. 48-1). As such, in addition to the arguments made in Defendant McMorrow's moving brief, legislative immunity lends further support for the dismissal of the conspiracy claim against Carrol McMorrow at Count XII based upon the Council's vote to create a "police director" position by amending an existing ordinance.

                                    Respectfully submitted,
                                    **METHFESSEL & WERBEL, ESQS.**

                                    *[signature]*

                                    Eric L. Harrison
                                    harrison@methwerb.com
                                    Ext. 138

ELH:as/tm

Methfessel & Werbel, Esqs.
Our File No. 85341 ELH
Page 2

cc:
**VIA E-FILING TO ALL**
Richard Malagierie, Esq.
Law Offices of Richard Malagierie
14 Bergen Street
Hackensack, NJ 07601

Robert L. Galantucci, Esq.
Galantucci, Patuto, Devencentes, Potter & Doyle, LLC
55 State Street
Hackensack, NJ 07601

Domenick Carmagnola, Esq.
Carmagnola & Ritardi, LLC
60 Washington Street
Morristown, NJ 07060

Joseph Tripodi, Esq.
Kranjac, Tripodi, & Partners LLP
473 Sylvan Avenue
Englewood Cliffs, NJ 07632