THE LAW OFFICES OF
# RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
www.malagierelaw.com

| | | | |
|---|---|---|---|
| **Richard Malagiere**<br>*Member NJ & NY Bar*<br>*Registered Patent Attorney*<br><br>**Matthew E. Gilson**<br>*Member NJ Bar* | 250 MOONACHIE ROAD<br>SUITE 102<br>MOONACHIE, NJ 07074<br>201.440.0675<br>FAX: 201.440.1843 | WHITE BUILDING<br>17 BATTERY PLACE, STE., 610<br>NEW YORK, NEW YORK 10004<br>212.879.5580<br>FAX: 212.879.5583 | *OF COUNSEL*<br>**Lawrence D. Mandel**<br>*Member NJ & PA Bar*<br>**Leonard E. Seaman**<br>*Member NJ Bar*<br>*Certified by the Supreme Court of*<br>*New Jersey as a Civil Trial Attorney* |

**\*REPLY TO NJ OFFICE**

Writer's Direct Dial: 201.509.4181
Writer's e-mail: rm@malagierelaw.com

February 23, 2018

<u>Via ECF</u>
Hon. William J. Martini, U.S.D.J.
United States District Court
District of New Jersey
1 Federal Square Newark, New Jersey 07102

    Re: Cioffi v. Borough of Englewood Cliffs, et al.
     Civil Action No. 2:16-cv-04536-WJM-MF

Judge Martini:

  This office along with the Galantucci, Patuto, DeVencentes, Potter & Doyle, LLC law firm represents the plaintiff Chief Michael Cioffi ("Plaintiff" or "Chief Cioffi") in connection with the above-referenced matter.

  As per my associate's conversation with chambers this morning, this letter is to request an extension as per Local Rule 6.1 regarding the three (3) pending Motions to Dismiss filed by all Defendants to Plaintiff's Second Amended Complaint currently returnable March 19, 2018. Plaintiff respectfully requests a fourteen (14) day extension for the return date until April 2, 2018. Plaintiff's Opposition will therefore be due March 19, 2018.

  I further represent that while not required under the Rules, all parties consented to this extension on a conference call this morning. Plaintiff asks that consistent with Court Rule 6.1 this extension be granted.

                Respectfully Yours
                s/Richard Malagiere/
                Richard Malagiere

Cc: Counsel of record via ECF