

**METHFESSEL & WERBEL**
*A Professional Corporation*

JOEL N. WERBEL>
JOHN METHFESSEL, JR.>
FREDRIC PAUL GALLIN*+^
STEPHEN R. KATZMAN#
WILLIAM S. BLOOM>*
ERIC L. HARRISON*+
MATTHEW A. WERBEL>
MARC DEMBLING*+
LORI BROWN STERNBACK*+
I. BLAKELEY JOHNSTONE,III+*
GINA M. STANZIALE>

Of Counsel
JOHN METHFESSEL, SR.>
(1964-1995)
DONALD L. CROWLEY*+
ED THORNTON*>

Counsel
JOSEPH D. CASTELLUCCI, JR.>
PAUL J. ENDLER JR.>
GERALD KAPLAN>
JARED P. KINGSLEY*+
JOHN R. KNODEL*+
LESLIE A. KOCH+
CHARLES T. MCCOOK, JR.*>
RICHARD A. NELKE~
STEVEN K. PARNESS+
BRENT R. POHLMAN+
AMANDA J. SAWYER^

Associates
CHRISTIAN R. BAILLIE+
SARAH K. DELAHANT+
EDWARD D. DEMBLING>
JASON D. DOMINGUEZ+
MICHAEL R. EATROFF>
JAMES FOXEN^
JENNIFER M. HERRMANN^=
FRANK J. KEENAN+^

Associates, Cont'd
ALLISON M. KOENKE>
ALICIA C. LANGONE+
VIVIAN LEKKAS+
OLIVIA R. LICATA>
JAMES V. MAZEWSKI+
DIAA J. MUSLEH+
RAINA M. PITTS^
MATTHEW L. RACHMIEL>
WILLIAM J. RADA+
NABILA SAEED^
JARED S. SCHURE>
BORIS SHAPIRO>
STEVEN A. UNTERBURGER+
LEVI E. UPDYKE+^

* Certified by the Supreme Court of
  New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
>Member of NJ Bar only
  Member of PA Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC Bar
>Member of NJ, PA & DC Bar
~Member of NY, NJ & DC Bar
=Member of FL Bar

**Please reply to New Jersey**

March 13, 2018

**VIA E-FILING**
Hon. William J. Martini, U.S.D.J.
United States District Court - Newark
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street, Courtroom MLK 4C
Newark, NJ 07101

RE:   **CIOFFI, MICHAEL VS. BOROUGH OF ENGLEWOOD CLIFFS, ET AL.**
   Our File No.       : 85341 ELH
   Docket No.         : 2:16-CV-04536-WJM-MF

Dear Judge Martini:

We appreciate the Court's letter dated February 28, 2018 (Document #56) regarding Richard Malagiere's previous representation of Your Honor. We are awaiting further information from Mr. Malagiere and we are in the process of reviewing this issue with our client. We request a brief extension until Friday, March 16, 2018, to advise of any objection to Your Honor's continued handling of the case.

We thank the Court for its consideration of this request.

Respectfully submitted,

**METHFESSEL & WERBEL, ESQS.**

Eric L. Harrison
harrison@methwerb.com
Ext. 138

ELH:vil

2025 Lincoln Highway • Suite 200 • P.O. Box 3012 • Edison, NJ 08818 • (732) 248-4200 • FAX (732) 248-2355
450 Seventh Avenue • Suite 1400 • New York, NY 10123 • (212) 947-1999 • FAX (212) 947-3332
1500 Market Street • 12th Floor, East Tower • Philadelphia, PA 19102 • (215) 665-5622 • FAX (215) 665-5623
www.njinslaw.com

Methfessel & Werbel, Esqs.
Our File No. 85341 ELH
Page 2

cc: **VIA E-FILING TO ALL:**
Richard Malagiere , Esq.
Law Offices of Richard Malagiere
250 Moonachie Road, Suite 102
Moonachie, NJ 07074

Robert L. Galantucci, Esq.
Galantucci, Patuto, Devencentes, Potter & Doyle, LLC
55 State Street
Hackensack, NJ 07601

Joseph Tripodi, Esq.
Kranjac, Tripodi, & Partners LLP
473 Sylvan Avenue
Englewood Cliffs, NJ 07632

Domenick Carmagnola, Esq.
Carmagnola & Ritardi, LLC
60 Washington Street
Morristown, NJ 07060