THE LAW OFFICES OF
# RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
www.malagierelaw.com

| | | | |
|---|---|---|---|
| **Richard Malagiere**<br>*Member NJ & NY Bar*<br>*Registered Patent Attorney*<br>―――――――――<br>**Matthew E. Gilson**<br>*Member NJ Bar* | 250 MOONACHIE ROAD<br>SUITE 102<br>MOONACHIE, NJ 07074<br>201.440.0675<br>FAX: 201.440.1843 | WHITE BUILDING<br>17 BATTERY PLACE, STE., 610<br>NEW YORK, NEW YORK 10004<br>212.879.5580<br>FAX: 212.879.5583 | *OF COUNSEL*<br>**Lawrence D. Mandel**<br>*Member NJ & PA Bar*<br>**Leonard E. Seaman**<br>*Member NJ Bar*<br>*Certified by the Supreme Court of*<br>*New Jersey as a Civil Trial Attorney* |

**\*REPLY TO NJ OFFICE**

March 14, 2018

Via ECF
Hon. William J. Martini, U.S.D.J.
United States District Court
District of New Jersey
1 Federal Square Newark, New Jersey 07102

    Re: Cioffi v. Borough of Englewood Cliffs, et al.
      Civil Action No. 2:16-cv-04536-WJM-MF

Judge Martini:

    This office along with the Galantucci, Patuto, DeVencentes, Potter & Doyle, LLC law firm represents the plaintiff Chief Michael Cioffi ("Plaintiff" or "Chief Cioffi") in connection with the above-referenced matter.

    The purpose of this letter is to follow up on previous letter requesting an extension for motions which were returnable April 2, 2018. In that letter (Docket #63), we indicated that we had not yet received consent from counsel for the Borough of Englewood Cliffs, Mark Park and Nunzio Consalvo.

    This afternoon, we received consent from Philip Portantino, Esq. on behalf of those Defendants. Therefore, Plaintiff now has consent from all parties to the extension.

    Thank you for your attention to this matter.

                  Respectfully Yours
                  s/Richard Malagiere/
                  Richard Malagiere

Cc: Counsel of record via ECF