

**METHFESSEL & WERBEL**
— A Professional Corporation —

| | | |
|---|---|---|
| JOEL N. WERBEL> | Counsel | Associates, Cont'd |
| JOHN METHFESSEL, JR.> | CHRISTIAN R. BAILLIE+ | ALLISON M. KOENKE> |
| FREDRIC PAUL GALLIN*+^ | JOSEPH D. CASTELLUCCI, JR.> | ALICIA C. LANGONE+ |
| STEPHEN R. KATZMAN# | PAUL J. ENDLER JR.> | VIVIAN LEKKAS+ |
| WILLIAM S. BLOOM>* | JAMES FOXEN^ | OLIVIA R. LICATA> |
| ERIC L. HARRISON*+ | GERALD KAPLAN> | JAMES V. MAZEWSKI+ |
| MATTHEW A. WERBEL> | JARED P. KINGSLEY*+ | DIAA J. MUSLEH+ |
| MARC DEMBLING*+ | JOHN R. KNODEL*+ | RAINA M. PITTS^ |
| LORI BROWN STERNBACK*+ | LESLIE A. KOCH+ | MATTHEW L. RACHMIEL> |
| I. BLAKELEY JOHNSTONE,III+* | CHARLES T. MCCOOK, JR.*> | WILLIAM J. RADA+ |
| GINA M. STANZIALE> | RICHARD A. NELKE~ | NABILA SAEED^ |
| | STEVEN K. PARNESS+ | JARED S. SCHURE> |
| Of Counsel | BRENT R. POHLMAN+ | BORIS SHAPIRO> |
| JOHN METHFESSEL, SR.> | AMANDA J. SAWYER^ | STEVEN A. UNTERBURGER+ |
| (1964-1995) | | LEVI E. UPDYKE+^ |
| DONALD L. CROWLEY*+ | Associates | |
| ED THORNTON*> | SARAH K. DELAHANT+ | * Certified by the Supreme Court of |
| | EDWARD D. DEMBLING> |    New Jersey as a Civil Trial Attorney |
| | JASON D. DOMINGUEZ+ | +Member of NY & NJ Bar |
| | MICHAEL R. EATROFF> | ^Member of PA & NJ Bar |
| | JENNIFER M. HERRMANN^= | >Member of NJ Bar only |
| | FRANK J. KEENAN+^ |    Member of PA Bar only |
| | | #Member of NJ & LA. Bar |
| | | <Member of NJ & DC Bar |
| | | ≥Member of NJ, PA & DC Bar |
| | | ~Member of NY, NJ & DC Bar |
| | | =Member of FL Bar |

March 16, 2018

**Please reply to New Jersey**

<u>**VIA E-FILING**</u>
Hon. William J. Martini, U.S.D.J.
United States District Court - Newark
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street, Courtroom MLK 4C
Newark, NJ 07101

RE: **CIOFFI, MICHAEL VS. BOROUGH OF ENGLEWOOD CLIFFS, ET AL.**
Our File No. : 85341 ELH
Docket No. : 2:16-CV-04536-WJM-MF

Dear Judge Martini:

We represent Defendant Carrol McMorrow in this matter. We write in response to the Court's letter dated February 28, 2018 (Document #56) regarding Richard Malagierie's previous representation of Your Honor on a trademark matter. After reviewing this with our client, we respectfully request that this matter be transferred to a different Judge.

We thank the Court for its consideration of this request.

Respectfully submitted,

**METHFESSEL & WERBEL, ESQS.**

Eric L. Harrison
harrison@methwerb.com
Ext. 138

ELH:vil

Methfessel & Werbel, Esqs.
Our File No. 85341 ELH
Page 2

cc:     **VIA E-FILING TO ALL:**
       Richard Malagiere, Esq.
       Law Offices of Richard Malagiere
       250 Moonachie Road, Suite 102
       Moonachie, NJ 07074

       Robert L. Galantucci, Esq.
       Galantucci, Patuto, Devencentes, Potter & Doyle, LLC
       55 State Street
       Hackensack, NJ 07601

       Joseph Tripodi, Esq.
       Kranjac, Tripodi, & Partners LLP
       473 Sylvan Avenue
       Englewood Cliffs, NJ 07632

       Domenick Carmagnola, Esq.
       Carmagnola & Ritardi, LLC
       60 Washington Street
       Morristown, NJ 07060