

**CARMAGNOLA & RITARDI, LLC**
ATTORNEYS AT LAW

**DOMENICK CARMAGNOLA**
Certified Civil Trial Attorney
dcarmagnola@cr-law.net

60 WASHINGTON STREET, MORRISTOWN, NJ 07960
T. 973.267.4445  F. 973.267.4456
www.cr-law.net

March 23, 2018

**Via ECF**
Hon. William J. Martini, U.S.D.J.
U.S. District Court, District of New Jersey
M.L. King Jr. Federal Building & Courthouse
50 Walnut Street - Room 4076
Newark, NJ 07102

      **Re:** Michael Cioffi v. Borough of Englewood Cliffs, Mario M. Kranjac, Carrol McMorrow, Nunzio Consalvo, and Mark Park.
           Docket No.: 2:16-cv-04536-WJM-MF

Dear Judge Martini:

    This firm is counsel for Defendants, the Borough of Englewood Cliffs, Nunzio Consalvo, and Mark Park, in the above-referenced matter. We write in response to the Court's letter of February 28, 2018 (ECF #56), disclosing Richard Malagiere's prior representation of Your Honor in a trademark matter. After reviewing this matter with our clients, we respectfully join in the request of co-Defendant, Carrol McMorrow, through Eric Harrison's letter of March 16, 2018 (ECF #65), requesting this matter be transferred to a different Judge.

    We thank the Court for its consideration of this request

                            Respectfully submitted,

                            CARMAGNOLA & RITARDI, LLC

                            */s/ Domenick Carmagnola*
                            DOMENICK CARMAGNOLA
                            A Member of the Firm

DC:mz
cc:    Richard Malagiere, Esq. (via ECF)
        Eric L. Harrison, Esq. (via ECF)
        Joseph Tripodi, Esq. (via ECF)
        Robert L. Galantucci, Esq. (via ECF)