

# METHFESSEL & WERBEL
### A Professional Corporation

JOEL N. WERBEL>
JOHN METHFESSEL, JR.>
FREDRIC PAUL GALLIN*+^
STEPHEN R. KATZMAN#
WILLIAM S. BLOOM>*
ERIC L. HARRISON*+
MATTHEW A. WERBEL>
MARC DEMBLING*+
LORI BROWN STERNBACK*+
I. BLAKELEY JOHNSTONE,III+*
GINA M. STANZIALE>

Of Counsel
JOHN METHFESSEL, SR.>
(1964-1995)
DONALD L. CROWLEY*+
ED THORNTON*>

Counsel
JOSEPH D. CASTELLUCCI, JR.>
PAUL J. ENDLER JR.>
GERALD KAPLAN>
JARED P. KINGSLEY*+
JOHN R. KNODEL*+
LESLIE A. KOCH+
CHARLES T. MCCOOK, JR.*>
MARC G. MUCCIOLO>
RICHARD A. NELKE~
STEVEN K. PARNESS+
BRENT R. POHLMAN+
AMANDA J. SAWYER^

Associates
ACHILLE ALIPOUR+
CHRISTIAN R. BAILLIE+
SARAH K. DELAHANT+
EDWARD D. DEMBLING>
JASON D. DOMINGUEZ+
MICHAEL R. EATROFF>
JAMES FOXEN^
JENNIFER M. HERRMANN^=
FRANK J. KEENAN+^

Associates, Cont'd
ALLISON M. KOENKE>
ALICIA C. LANGONE+
VIVIAN LEKKAS+
OLIVIA R. LICATA>
JAMES V. MAZEWSKI+
DIAA J. MUSLEH+
RAINA M. PITTS^
MATTHEW L. RACHMIEL>
WILLIAM J. RADA+
NABILA SAEED^
JARED S. SCHURE>
BORIS SHAPIRO>
STEVEN A. UNTERBURGER+
LEVI E. UPDYKE+^

* Certified by the Supreme Court of
   New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
>Member of NJ Bar only
   Member of PA Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC Bar
≥Member of NJ, PA & DC Bar
~Member of NY, NJ & DC Bar
=Member of FL Bar

**Please reply to New Jersey**

January 26, 2018

**VIA EMAIL: rm@malagierielaw.com**
Richard Malagierie, Esq.
Law Offices of Richard Malagierie
14 Bergen Street
Hackensack, NJ 07601

**VIA EMAIL: rlg@gpesq.com**
Robert L. Galantucci, Esq.
Galantucci, Patuto, Devencentes, Potter & Doyle, LLC
55 State Street
Hackensack, NJ 07601

RE: **CIOFFI, MICHAEL VS. BOROUGH OF ENGLEWOOD CLIFFS, ET AL.**
Our File No.     : 85341 ELH
Docket No.       : 2:16-CV-04536-WJM-MF

Dear Counsel:

As you are aware, we represent Defendant Carrol McMorrow in this matter. We recently received a link providing approximately 125 audios in this matter. Please identify each audio indicating the date of the audio, who made the recording, a brief description, the individuals speaking and the relevance of the audio to this matter.

Pursuant to paragraph 8 (a) of the Discovery Confidentiality Order entered in this matter, we object to the designation of these audios as "Attorneys' Eyes Only."  While we have not had an opportunity to review the audios at length, what we have reviewed thus far does not appear to warrant any such designation. Moreover, we would need to review these audios with our client in order to properly defend her interests.

If we do not hear from you to the contrary within 14 days, the "Attorneys' Eyes Only" designation will be deemed void in accordance with the Discovery Confidentiality Order.

Methfessel & Werbel, Esqs.
Our File No. 85341 ELH
Page 2

Finally, in furtherance of our January 18, 2018 letter, please have your client execute the Certification for the document production provided in that letter and provide copies of Bates stamped pages 267 through 286, as those pages were missing from Plaintiff's document production.

If you would like to discuss any of these issues further, please do not hesitate to contact me.

            Very truly yours,

            **METHFESSEL & WERBEL, ESQS.**

            Eric L. Harrison
            harrison@methwerb.com
            Ext. 138

ELH:as/pk

cc: **VIA EMAIL: dcarmagnola@cr-law.net**
   Domenick Carmagnola, Esq.
   Carmagnola & Ritardi, LLC
   60 Washington Street
   Morristown, NJ 07060

   **VIA EMAIL: jtripodi@ktpllp.com**
   Joseph Tripodi, Esq.
   Kranjac, Tripodi, & Partners LLP
   473 Sylvan Avenue
   Englewood Cliffs, NJ 07632