UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

**MICHAEL CIOFFI,**

        **Plaintiff,**                           Civil Action No. 16-4536 (ES) (MAH)

      v.

                                              **ORDER**

**BOROUGH OF ENGLEWOOD CLIFFS, et al.,**

        **Defendant.**
_____

      This matter, having come before the Court by way of parties' submissions in response to the Court's May 24, 2018 Orders [D.E. 80, 81] regarding Attorney's Eyes Only designations and privileged communications disputes; and for the reasons set forth on the record on July 24, 2018; and for good cause shown:

      **IT IS on this 26th day of July 2018**

      **ORDERED** that on or before **August 6, 2018,** Plaintiff will provide Defendants a revised list of all audio files Plaintiffs seeks to designate as Attorneys eyes only; and it is further

      **ORDERED** that on or before **August 20, 2018,** parties shall submit a joint status report consisting of chart listing any remaining audio files Plaintiff seeks to designate as Attorneys eyes only.  The chart shall comply with this Court's May 24, 2018 Order and specifically list (1) the file name; (2) a description of the participants and substance of the corresponding audio file; and (3) each party's position regarding the confidential designation; and it is further

      ORDERED that there shall be a telephone conference before the Undersigned on **October 24, 2018 at 12:00 p.m.**  Plaintiff shall kindly initiate the call.

**/s Michael A. Hammer**
**UNITED STATES MAGISTRATE JUDGE**