Leonard E. Seaman (LS-4799)
THE LAW OFFICES OF RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
250 Moonachie Road, Suite 102
Moonachie, New Jersey 07074
(201) 440-0675
Co-counsel Attorneys for Plaintiff, Michael Cioffi

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL CIOFFI,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>BOROUGH OF ENGLEWOOD CLIFFS, MARIO M. KRANJAC *(In his Official and Individual Capacities)*, CARROL MCMORROW *(In her Official and Individual Capacities)*, NUNZIO CONSALVO *(In his Official and Individual Capacities)*, MARK PARK *(In his Official and Individual Capacities)*,<br><br>　　　　　　　　　Defendants. | Civil Action No. 2:16-cv-04536-WJM-MF<br><br>**SUBSTITUTION OF ATTORNEY** |

　　　The undersigned hereby consent to the substitution of Mark B. Frost & Associates, P.C. as attorneys for Plaintiff, Michael Cioffi, in the above matter.

| | |
|---|---|
| The Law Offices of Richard Malagiere<br>A Professional Corporation<br><br>By: _____<br>　　Leonard E. Seaman, Esq.<br>　　*withdrawing attorneys*<br>Dated: 8/16/2018 | Mark B. Frost & Associates, P.C.<br><br><br>By: _____<br>　　Ryan Lockman, Esq.<br>　　*superseding attorneys*<br>Dated: 8/16/18 |