# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**MICHAEL CIOFFI,**

      **Plaintiff,**        Civil Action No. 16-4536 (ES) (MAH)

v.

       ORDER

**BOROUGH OF ENGLEWOOD CLIFFS, et al.,**

      **Defendant.**

This matter having come before the Court by way of Plaintiff's letter dated August 16, 2018 [D.E. 98] regarding Plaintiff's new counsel and requesting an adjournment of certain discovery dates, and by way of a telephone status conference held on August 20, 2018; and for good cause shown:

**IT IS on this 20th day of August 2018**

**ORDERED THAT**

1. Fact discovery shall remain open through **October 31, 2018.**

2. All affirmative expert reports shall be delivered by **December 15, 2018.**

3. All responding expert reports shall be delivered by **January 15, 2019.**

4. All expert discovery shall be completed on or before **February 15, 2019.**

5. There shall be a telephone status conference before the Undersigned on **October 1, 2018 at 11:00 a.m.** Plaintiff's counsel shall kindly initiate the call.

                                        **/s Michael A. Hammer**
                                        **UNITED STATES MAGISTRATE JUDGE**